# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:16-cv-321-FDW
# CRIMINAL CASE NO. 3:92-CR-238-FDW-1

| | |
|---|---|
| KAREEM ADBUL TOMLIN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on the Government's motion, requesting that the Court continue holding this action in abeyance, pending a decision by the United States Supreme Court in United States v. Davis, No. 18-431 (pet'n granted Jan. 4, 2019). (Doc. No. 6). According to the Government's motion, Petitioner's counsel consents to the Government's request. (Id.).

Based on the reasons given by the Government, and without objection by Petitioner, the Court concludes that the motion should be granted.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government's motion to continue holding this case in abeyance, (Doc. No. 6), is hereby **GRANTED** and this matter is hereby held in abeyance pending the Supreme Court's decision in United States v. Davis, No. 18-431 (pet'n granted Jan. 4, 2019). Thereafter, the Government shall have 60 days from the date the Supreme Court issues its decision in Davis in which to respond to Petitioner's motion.

1

**IT IS SO ORDERED.**

Signed: March 26, 2019

Frank D. Whitney
Chief United States District Judge