UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-00321-FDW
(3:92-cr-00238-FDW-1)

| KAREEM ABDUL TOMLIN, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | ORDER |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

**UPON MOTION** of the Petitioner for Additional Time to File Supplement to Motion to Vacate Sentence Under 28 U.S.C. § 2255 [Doc. 8], and for good cause shown and on the Government's consent,

**IT IS HEREBY ORDERED** that:

Petitioner's motion [Doc. 8] is **GRANTED** and Petitioner shall have until and including September 20, 2019 to file a Supplement to his Section 2255 Motion to Vacate and the Government shall have forty-five (45) days from the filing of Petitioner's Supplement in which to respond to the Motion to Vacate and Supplement.

Signed: August 22, 2019

Frank D. Whitney
Chief United States District Judge