**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:16-cv-00321-FDW**
**(3:92-cr-00238-FDW-1)**

| | |
|---|---|
| **KAREEM ABDUL TOMLIN,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**UPON MOTION** of Petitioner to hold this action in abeyance until the Supreme Court decides Walker v. United States, No. 19-373.

**IT IS HEREBY ORDERED** that the Motion to Hold Petitioner's Motion to Vacate in Abeyance [Doc. 14] is **GRANTED**. The Petitioner shall file a Supplemental Memorandum on Petitioner's motion to vacate within 45 days of the Supreme Court's decision in Walker v. United States, No. 19-373.

Signed: November 25, 2019

Frank D. Whitney
Chief United States District Judge